FILE COPY

No. 07-19-00373-CR

| | | |
|---|---|---|
| Marcus Reed | § | From the 167th District Court |
|    Appellant | |    of Travis County |
| | § | |
| v. | | January 12, 2021 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 12, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o